Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−28904−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jade M. Powell
   7 Oriole Place
   Blackwood, NJ 08021

Social Security No.:
   xxx−xx−4539

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 16, 2017
JAN: cmf

                                                          Jeanne Naughton
                                                          Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 16-28904-JNP
Jade M. Powell                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                  Page 1 of 1                  Date Rcvd: Aug 16, 2017
                              Form ID: 148                 Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
```
db             +Jade M. Powell,    7 Oriole Place,    Blackwood, NJ 08021-5849
516427847       Empire Education Group,    1777 Century Parkway,    Blue Bell, PA 19422
516427848      +First Credit Corp.,    PO Box 9300,    Boulder, CO 80301-9300
516427850      +Kennedy Health System,    c/o Financial Recoveries,    200 East Park Drive Ste 100,    Po Box 1388,
                 Mount Laurel, NJ 08054-7388
516427851      +Philadelphia Federal Credit Union,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
516427853      +US Bank National,    c/o KML Law Group, P.C.,    BNY Mellon Independence Center Ste 5000,
                 701 Market St.,    Philadelphia, PA 19106-1538
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2017 23:17:58      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2017 23:17:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516447397       EDI: AIS.COM Aug 16 2017 23:03:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
516578612       EDI: BL-CREDIGY.COM Aug 16 2017 23:03:00      Credigy Receivables, Inc.,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516427849      +EDI: AMINFOFP.COM Aug 16 2017 23:03:00      First Premier,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4824
516595763      +EDI: JEFFERSONCAP.COM Aug 16 2017 23:04:00      Premier Bankcard, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
516427852      +E-mail/Text: bankruptcy@credencerm.com Aug 16 2017 23:18:35      T-Mobile,
                 c/o Credence Resource Management LLC,    17000 Dallas Pkwy,   Suite 204,
                 Dallas, TX 75248-1940
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eric Clayman    on behalf of Debtor Jade M. Powell jenkins.clayman@verizon.net
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Debtor Jade M. Powell jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
                                                                                             TOTAL: 5
```